IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| U.S. Ethernet Innovations, LLC, ) | |
| ) | |
| Plaintiff, ) | Civil Action File No. |
| ) | |
| vs. ) | 6:10-cv-86-LED-JDL |
| ) | |
| AT&T Mobility, LLC, et al., ) | |
| ) | |
| Defendants. ) | **JURY TRIAL DEMANDED** |
| ) | |
| ) | |

## CONSENT ORDER ON MOTIONS TO TRANSFER

Whereas, Plaintiff U.S. Ethernet Innovations, LLC ("USEI") brought this action against Defendants, alleging infringement of United States Patent Nos. 5,307,459 (the "'459 Patent"), 5,434,872 (the "'872 Patent"), 5,732,094 (the "'094 Patent"), and 5,299,313 (the "'313 Patent") (collectively, the "Patents-in-Suit").

Whereas, a similar action brought by USEI against several defendants for alleged infringement of the Patents-in-Suit was recently transferred from this Court to the Northern District of California. *U.S. Ethernet Innovations, LLC v. Acer Inc., et al.*, No. C-10-03724-JW, Dkt. No. 310 (the "Acer Litigation").

Whereas, the Acer Litigation is currently pending before the Honorable James Ware in the Northern District of California.

Whereas, two motions to transfer this action to the Northern District of California filed by Defendants are currently pending before this Court. (Dkt. Nos. 156 and 157).

Whereas, Defendants argue in their motions to transfer that Northern California is a more convenient forum for this action.

Whereas, USEI withdraws its opposition to Defendants' motions to transfer and consents to the transfer of this action to Judge Ware in the Northern District of California.

Whereas, Defendants withdraw any request for relief associated with their motions to transfer other than the transfer of this action to Judge Ware in the Northern District of California.

Now therefore, it is stipulated and agreed:

This action be transferred to the Honorable James Ware of the United States District Court for the Northern District of California

[SIGNATURES ON FOLLOWING PAGE]

Dated: October 25, 2010    ROBBINS GELLER RUDMAN & DOWD LLP

/s/ *Peter M. Jones*
John C. Herman
Ryan K. Walsh
Peter M. Jones
Jason S. Jackson
3424 Peachtree Street, N.E.
Suite 1650
Atlanta, Georgia 30326
(404) 504-6500 (telephone)
(404) 504-6501 (facsimile)
jherman@rgrdlaw.com
rwalsh@rgrdlaw.com
pjones@rgrdlaw.com
jjackson@rgrdlaw.com

and

WARD & SMITH LAW FIRM
T. John Ward, Jr.
Wesley Hill
P. O. Box 1231
Longview, Texas 75606-1231
(903) 757-6400 (telephone)
(903) 757-2323 (fax)
jw@jwfirm.com
wh@jwfirm.com

***Attorneys for Plaintiff***
***U.S. Ethernet Innovations, LLC***

/s/ *Juliet M. Dirba* (w/ permission)
Willem G. Schuurman
Texas Bar No. 17855200
Avelyn Marie Ross
Texas Bar No. 24027817
Juliet M. Dirba
Texas Bar No. 24051063
Jennifer L. Nall
Texas Bar No. 24061613
VINSON & ELKINS LLP
2801 Via Fortuna, Suite 100
Austin, Texas 78746-7568
Tel: 512-542-8400
Fax: 512-236-3278
bschuurman@velaw.com
aross@velaw.com
jdirba@velaw.com
jnall@velaw.com

**Counsel for AT&T Mobility, LLC**

/s/ *Jason W. Cook* (w/ permission)
Jason W. Cook
Stacey White
ALSTON & BIRD LLP
Chase Tower
2200 Ross Avenue
Suite 3601
Dallas, TX 75201-2708
Tel: 214-922-3407
Fax: 214-922-3899
jason.cook@alston.com
stacey.white@alston.com

William H Baker
ALSTON & BIRD LLP
90 Park Avenue, 12th Floor
New York, NY 10016-1387
Tel: 212-210-9487
Fax: 212-210-9444
bill.baker@alston.com

Robert L. Lee
ALSTON & BIRD LLP
1201 W. Peachtree St.
Atlanta, Georgia  30309-3424
Tel: 404-881-7635
Fax: 404-253-8277
bob.lee@alston.com

***Counsel for Barnes & Noble, Inc.,
Sally Beauty Holdings, Inc.,
New York & Company, Inc.,
Lerner New York, Inc., and
RadioShack Corporation***


/s/ *Brian Erickson* (w/permission) _____
John M Guaragna
Brian Erickson
DLA Piper LLP (US)
401 Congress Ave, Suite 2500
Austin, TX 78701-3799
Tel: 512-457-7125
Fax: 512-457-7001
john.guaragna@dlapiper.com
brian.erickson@dlapiper.com

***Counsel for Claire's Boutiques, Inc***


/s/ *Tonya M. Gray* (w/ permission)_____
Tonya M. Gray
Texas Bar No. 24012726
Gerald C. Conley
Texas Bar No. 04664200
ANDREWS & KURTH
1717 Main St., Suite 3700
Dallas, TX 75201
Tel: 214-659-4400
Fax: 214-659-4401
geraldconley@andrewskurth.com
tonyagray@andrewskurth.com

Diane K. Lettelleir
Senior Managing Counsel - Litigation
JC PENNEY CORPORATION, INC
6501 Legacy Drive
M/S 1122
Plano, TX 75024-8208
Tel: 972-431-5012
Fax: 972-431-1133 or 1134
dlettell@jcpenney.com

***Counsel for J. C. Penney Company, Inc.***


/s/ *Tonya M. Gray* (w/ permission)_____
Tonya M. Gray
Texas Bar No. 24012726
Gerald C. Conley
Texas Bar No. 04664200
ANDREWS & KURTH
1717 Main Street, Suite 3700
Dallas, Texas  75201
Tel: (214) 659-4400
Fax: (214) 659-4401
tonyagray@andrewskurth.com
geraldconley@andrewskurth.com

***Counsel for Ann Taylor Stores Corporation and Ann Taylor Retail, Inc.***


/s/ *Nicholas G. Papastavros* (w/ permission)\_\_\_\_
Elizabeth L DeRieux
CAPSHAW DERIEUX, LLP
1127 Judson Road
Ste 220
Longview, TX 75601-5157
Tel: 903-233-4826
Fax: 903-236-8787
ederieux@capshawlaw.com

Nicholas G. Papastavros
DLA Piper LLP (US)
33 Arch Street, 26th Floor
Boston, MA  02110-1447
Tel: 617-406-6019
Fax: 617-406-6119
nick.papastavros@dlapiper.com

Melissa A. Reinckens
DLA Piper LLP (US)
1251 Avenue of the Americas
New York, NY  10020
Tel: 212-335-4798
Fax: 917-778-8798
melissa.reinckens@dlapiper.com

***Counsel for Home Depot U.S.A., Inc.***


/s/ *Wendee Hilderbrand* (w/ permission)
G. Scott Thomas
Wendee Hilderbrand
BASS, BERRY & SIMS, PLC
150 Third Avenue South, Suite 2800
Nashville, TN  37201
Tel:  615-742-6200
Fax:  615-742-2743
sthomas@bassberry.com
whilderbrand@bassberry.com

***Counsel for Kirkland's Inc. and. Kirkland's Stores, Inc.***


/s/ *Anthony F. LoCicero* (w/ permission)
Richard S. Mandaro
Anthony F. LoCicero
AMSTER, ROTHSTEIN & EBENSTEIN LLP
90 Park Avenue
New York, New York 10016
Tel:  212-336-8000
Fax: 212-336-8001
rmandaro@arelaw.com
alocicero@arelaw.com

Melvin R. Wilcox, III
Texas Bar No. 21454800
YARBROUGH ♦ WILCOX, PLLC
100 E. Ferguson St., Suite 1015
Tyler, Texas 75702
Tel: 903-595-1133
Fax: 903-595-0191
mrw@yw-lawfirm.com

***Counsel for Macy's, Inc.***
***Macy's Retail Holdings, Inc.***
***Macy's West Stores, Inc.***


/s/ *Jeffrey F. Yee* (w/ permission)_____
Dwayne L. Mason
Texas Bar  No. 00787977
Ira R. Hatton
Texas Bar No. 24054282
GREENBERG TRAURIG, LLP
1000 Louisiana Street,
Suite 1700
Houston, Texas 77002
Tel: 713-374-3601
Fax: 713-754-6605
masondl@gtlaw.com
hattoni@gtlaw.com

Jeffrey K. Joyner
Jeffrey F. Yee
GREENBERG TRAURIG, LLP
2450 Colorado Avenue, Suite 400E
Santa Monica, CA  90404
Tel: 310-586-7700
Fax: 310-586-7800
joynerj@gtlaw.com
yeej@gtlaw.com

***Counsel for Rent-A-Center, Inc.***

/s/ *Melissa Richards Smith* (w/ permission)_____
Jeffrey L. Eichen
CONNOLLY BOVE LODGE & HUTZ LLP
P.O. Box 2207
Wilmington, DE  19899
Tel:  302-888-6304
Fax:  302-656-9072
jeichen@cblh.com

Melissa Richards Smith
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, TX 75670
Tel: 903-934-8450
Fax: 903-934-9257
Melissa@gillamsmithlaw.com


***Counsel for The Dress Barn, Inc.***


/s/ *V. Bryan Medlock, Jr.* (w/ permission)_____
V. Bryan Medlock, Jr.
Christopher J. Renk
BANNER & WITCOFF, LTD.
10 South Wacker Drive, Suite 3000
Chicago, IL  60606
Tel: 312-463-5000
Fax: 312-463-5001
bmedlock@bannerwitcoff.com
crenk@bannerwitcoff.com

Bradley C. Wright
Joseph M. Potenza
H. Wayne Porter
BANNER & WITCOFF, LTD.
1100 13th Street, NW, Suite 1200
Washington, DC  20005-4051
Tel:  202-824-3160
Fax:  202-824-3001
bwright@bannerwitcoff.com
jpotenza@bannerwitcoff.com
wporter@bannerwitcoff.com

***Counsel for Harley-Davidson, Inc. and Harley-Davidson Motor Company, Inc.***

\* \* \* \* \*

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.